United States Bankruptcy Court
Southern District of Florida

In re:                                                              Case No. 13-15645-JKO
Carlos E. Cortes                                                    Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-0           User: shafronj            Page 1 of 2              Date Rcvd: May 06, 2013
                               Form ID: CGFD42           Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2013.
```
db          +Carlos E. Cortes,    2810 N 46 Ave #457-F,    Hollywood, FL 33021-8908
smg         +Broward County Tax Collector,    115 S Andrews Ave,    Ft Lauderdale, FL 33301-1818
cr          +Bank Of America, N.A.,    Butler and Hosch, PA,    3185 S. Conway Road, Ste E,
              Orlando, FL 32812-7349
91263742    +Bank of America, N.A.,    7105 Corporate Drive,    MS PTX-B-35,    Plano, TX 75024-4100
91276127     FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
91162693   ++NATIONSTAR MORTGAGE,    PO BOX 630267,    IRVING TEXAS 75063-0116
             (address filed with court: Nationstar Mortgage,     350 Highland Avenue,    Lewisville, TX 75067)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          EDI: FLDEPREV.COM May 06 2013 23:05:00     Florida Department of Revenue,    POB 6668,
              Bankruptcy Division,    Tallahassee, FL   32314-6668
ust         +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov May 07 2013 03:47:45     Office of the US Trustee,
              51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
91185882    +EDI: ACCE.COM May 06 2013 23:03:00     Asset Acceptance LLC,    PO Box 2036,
              Warren, MI 48090-2036
91305320     EDI: CAPITALONE.COM May 06 2013 23:04:00     Capital One Bank (USA), N.A.,    PO Box 71083,
              Charlotte, NC   28272-1083
                                                                                              TOTAL: 4
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 08, 2013**            **Signature:**        _Joseph Speetjens_

```
District/off: 113C-0           User: shafronj              Page 2 of 2                  Date Rcvd: May 06, 2013
                               Form ID: CGFD42             Total Noticed: 10


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2013 at the address(es) listed below:
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Robin R Weiner     ecf@ch13weiner.com;ecf2@ch13weiner.com
              Stephen J Modric    on behalf of Creditor   Bank Of America, N.A. ecf@butlerandhosch.com
                                                                                             TOTAL: 3
```

**CGFD42** (3/27/13)



ORDERED in the Southern District of Florida on May 6, 2013



**John K Olson**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 13−15645−JKO**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Carlos E. Cortes

2810 N 46 Ave #457−F
Hollywood, FL 33021

SSN: xxx−xx−5369

### ORDER DISMISSING CASE FOR FAILURE TO MAKE
### PRE−CONFIRMATION PLAN PAYMENTS

This matter is before the court ex parte pursuant to Local Rule 3070−1(C) for failure of the debtor to remit to the trustee pre−confirmation plan payments.

It is **ORDERED** that:

*Page 1 of 2*

     1. This case is dismissed with prejudice as to the filing of any bankruptcy case in any federal bankruptcy court in the United States of America by the above−named debtor earlier than 180 days from entry of this order.

     2. All pending motions are denied as moot.

     3. The trustee shall file a final report prior to the administrative closing of the case.

     4. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, Federal Building, 299 E Broward Blvd, Room 112, Ft Lauderdale FL 33301, **$0.00** for the balance of the filing fee as required by Local Rule 1017−2(E). Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code and Local Rule 1017−2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

     5. A motion to rehear, reconsider, or reinstate a dismissed case must be filed in accordance with the requirements of Local Rule 9013−1(E).

     6. In accordance with Local Rule 1002−1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

# # #

The clerk shall serve a copy of this order on all parties of record.

*Page 2 of 2*